**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Fernando AGUILAR–CHAVEZ, Defendant–Appellant.**

**No. 00–50448.**

**D.C. No. CR–99–03639–JTM.**

United States Court of Appeals, Ninth Circuit.

---

3. 63 F.3d 1501 (9th Cir.1995).

**610**

Submitted June 8, 2001.*

Decided June 27, 2001.

Before KOZINSKI and THOMAS, Circuit Judges, and WHYTE, District Judge.**

## MEMORANDUM ***

■ Because the certified DMV records "fortifie[d], augment[ed], or support[ed]" Aguilar–Chavez's post-arrest admission that he was not the owner of the truck, the *corpus delicti* rule was satisfied. *See United States v. Corona–Garcia,* 210 F.3d 973, 979 (9th Cir.2000).

■ Aguilar–Chavez's post-arrest admission that he was not the owner of the truck, coupled with the DMV records, was sufficient to support the jury's determination that Aguilar–Chavez's earlier statement to Agent Nielsen-that he was the owner of the truck-was false. *See United States v. Lopez–Alvarez,* 970 F.2d 583, 589 (9th Cir.1992).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Ronald M. Whyte, United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.